UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KAITLIN LALLY,

                        Plaintiff,                          23-CV-10293 (MKV) (VF)

        -against-                               **ORDER**

KLICK USA INC. d/b/a KLICK HEALTH et al.,

                        Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 18, 2025, Plaintiff filed a letter motion pursuant to the Court's request entirely under seal. ECF No. 85. However, only the portions of the letter motion that quote or reference the deposition testimony warrant sealing. Thus, Plaintiff is directed to file a public, redacted version of the letter at ECF No. 85 by **December 22, 2025**.

        **SO ORDERED.**

DATED:    New York, New York
             December 19, 2025

                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge