**DENTONS**

**Ned H. Bassen**

ned.bassen@dentons.com
D    +1 212-398-5828

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 1/14/2026

January 13, 2026

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, N.Y. 10007

> Re:    *Kaitlin Lally v. Klick USA, Inc., et al.*, Civil Action No. 23-CV-10293 (MKV)
>        Request to Reschedule Post-Discovery Conference

Dear Judge Vyskocil:

This firm represents Defendants Klick USA, Inc. d/b/a Klick Health ("Klick"), Ari Schaefer, Alexander Leavitt, and Meghan Jones (collectively, "Defendants") in the above-referenced matter.

Pursuant to the Court's October 17, 2025 Revised Civil Case Management Plan and Scheduling Order, a Post-Discovery Conference is currently scheduled for January 21, 2026, at 11:00 a.m., and the parties' joint status letter is due on January 14, 2026. With the consent of Plaintiff's counsel, Defendants respectfully a brief adjournment of the Post-Discovery Conference by one week, to January 28, 2026, or to a date shortly thereafter that is convenient for the Court.

As the Court may be aware, recent discovery disputes between the parties resulted in an Order by United State Magistrate Judge Valerie Figueredo, on December 29, 2025 (ECF No. 89). In that Order, the Court directed that Klick employee, Brad Fernandes's deposition be reopened on two limited topics—his prior employment history and Klick's policies and procedures. Judge Figueredo further ordered Defendants to produce base salary information for all Senior Account Directors in the New York area for 2022.

Mr. Fernandes's continued deposition is scheduled for January 15, 2026, and Defendants will have completed collection of and produce the ordered salary information by January 16, 2026. As a result, the parties will still be completing court-ordered discovery after the January 14, 2026 deadline to submit their joint status letter and only days before the currently scheduled Post-Discovery Conference.

A brief adjournment will allow the limited reopened discovery to be completed and ensure that the parties' joint submission fully and accurately reflects a complete factual record, thereby promoting an efficient and productive post-discovery conference. The requested adjournment would not require modification of any other deadlines in this action.

We thank the Court for its consideration.

**DENTONS**

Respectfully submitted,

**DENTONS US LLP**

By: /s/ Ned H. Bassen
    Ned H. Bassen

cc:    Patrick J. Walsh, Esq.
       James L. Deboer, Esq.

---

**Granted. SO ORDERED.**

The conference currently scheduled in this matter for January 21, 2026, is hereby ADJOURNED to January 28, 2026, at 2:30 PM.

Date: 1/14/2026
New York, New York

Mary Kay Vyskocil
United States District Judge